# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. BRUNING, | ) | |
| as Next Friend for ECB, a minor child, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 4:16-CV-0342-DGK |
| | ) | |
| CHIZEK ELEVATOR & TRANSPORT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CONCERNING SETTLEMENT DOCUMENTS FILED UNDER SEAL

This case arises from the death of Heather N. Thompson in a motor vehicle accident involving a tractor-trailer. Now before the Court is the parties' joint motion for leave to file settlement documents under seal (Doc. 17).

Attached to the motion as exhibits are the various settlement documents from which the parties have redacted confidential or sensitive information. The parties have filed both the motion and the redacted exhibits under seal. At the same time, the parties emailed the Court's courtroom deputy a copy of the unredacted documents, but the unredacted copy is not currently part of the official record in this case. Thus, the Court has redacted and unredacted copies of the settlement in its possession, but the redacted documents are not currently available for public viewing, and the unredacted copies are not part of the official record.

Because the parties have already removed all confidential or sensitive information from the pending motion and exhibits (Doc. 17), the Court will unseal them. These documents will be the publicly available settlement documents in this case.

This arrangement, however, still leaves the Court without an unredacted copy of the settlement documents in the official record. To remedy this, the parties shall file an unredacted copy of the settlement documents, under seal, on or before May 5, 2017.

For good cause shown, the parties' joint motion (Doc. 17) is GRANTED.

**IT IS SO ORDERED.**

Date: May 1, 2017				/s/ Greg Kays
								GREG KAYS, CHIEF JUDGE
								UNITED STATES DISTRICT COURT